IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BURL LEE WOODS,

    Petitioner,

v.

STATE OF OREGON,

    Respondent.

Case No. 6:20-cv-00987-AR

**ORDER**

**ARMISTEAD, Magistrate Judge**

The court GRANTS respondent's unopposed Motion to Dismiss (ECF No. 31) this habeas corpus action.

DATED: March 24, 2023

/s/ Jeff Armistead
Jeff Armistead
United States Magistrate Judge

1 - ORDER